## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| BROADCAST MUSIC, INC.;<br>Stone Diamond Music, Corp.;<br>Michael Joe Jackson d/b/a<br>Mijac Music; Peacock Music<br>Publishing Company, A Division<br>Of Jackson Music Holding<br>Corporation; Miran Publishing,<br>Inc.; EMI Virgin Songs, Inc.<br>d/b/a EMI Longitude Music;<br>Sony/ATV Songs LLC; The<br>Bernard Edwards Company,<br>L.L.C.; Warner-Tamerlane<br>Publishing Corp.; Fresh Start<br>Music, Inc. d/b/a Second<br>Decade Music Co.; Jondora<br>Music; John A. Fogarty d/b/a<br>Taking Care of Business Music; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION NO.: |
| v. | ) ) ) | |
| RADAFR, Inc. d/b/a Callahan's<br>Irish Pub and Raymond P.<br>Flaville, Individually, Fred<br>Zeidler, Individually, and<br>David Greenhalgh,<br>Individually, | ) ) ) ) ) ) | **COMPLAINT** |
| Defendants. | ) ) | |

------------------------------X

Plaintiffs, by their attorneys, for their Complaint against Defendants, allege as follows:

<u>JURISDICTION AND VENUE</u>

1.    This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 <u>et</u> <u>seq.</u> (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

1

2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

THE PARTIES

3.    Plaintiff, Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of New York. BMI's principal place of business is 320 West 57th Street, New York, New York 10019. BMI has been granted the right to license the public performance rights in approximately 4.5 million copyrighted musical compositions (the "BMI repertoire"), including those which are alleged herein to have been infringed.

4.    The other Plaintiffs are the owners of the copyrights in the musical compositions which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5.    Upon information and belief, Defendant RADAFR, Inc. is a corporation organized and existing under the laws of the state of Pennsylvania, which operates, maintains and controls an establishment known as Callaghan's Irish Pub, located at 7681 Frankford Avenue, Philadelphia, Pennsylvania 19136, in this district. In connection with the operation of this business, Defendant RADAFR, Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

6.    Upon information and belief, Defendants Raymond P. Flaville, Fred Zeidler, and David Greenlaugh are officers of Defendant RADAFR, Inc. with primary responsibility for the operation and management of that corporation.

7.    Upon information and belief, Defendants Raymond P. Flaville, Fred Zeidler, and David Greenlaugh have the right and ability to supervise the activities of Defendant RADAFR, Inc. and a direct financial interest in that corporation.

### CLAIMS OF COPYRIGHT INFRINGEMENT

8.    Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 7.

9.    Plaintiffs allege 13 claims of copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI repertoire.    All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts.    Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

10.    Annexed as the Schedule and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants.    The Schedule contains information on the 13 claims of copyright infringement at issue in this action.    Each numbered claim has the following eight lines of information: Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 noting the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the Registration

number(s); Line 7 showing the date(s) of infringement; and Line 8 identifying the location of the radio station(s) where the infringement occurred.

11.  Each of the musical compositions identified on the Schedule, Line 2, was created by the persons named on Line 3 (all references to "Lines" are to lines on the Schedule).

12.  On or about the dates indicated on Line 5, the publishers named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the numbers listed on Line 6.

13.  On the dates listed on Line 7, Plaintiff BMI was and still is the licensor of the public performance rights in the musical compositions identified on Line 2.  On the dates listed on Line 7, the Plaintiffs listed on Line 4 were and still are the owners of the copyright in the respective musical composition listed on Line 2.

14.  On the dates listed on Line 7, Defendants performed and/or caused the musical compositions identified on Line 2 to be publicly performed on the premises of Callaghan's Irish Pub without a license or permission to do so.  Thus, Defendants have committed copyright infringement.

15.  Defendants performed and/or caused such musical compositions to be publicly performed notwithstanding repeated warnings from Plaintiff BMI that the performance on the premises of the Callaghan's Irish Pub, without permission from the

4

copyright owners, did and would constitute infringement of copyright in violation of Title 17 of the United States Code.

16.  The specific acts of copyright infringement alleged, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage.  By continuing to provide unauthorized public performances of works in the BMI repertoire at Callaghan's Irish Pub, Defendants threaten to continue committing copyright infringement.  Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

RELIEF REQUESTED

WHEREFORE, Plaintiffs pray that:

(I)  Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages in an amount not greater than $30,000.00 nor less than $750.00 per claim of infringement, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) That Plaintiffs have such other and further relief as is just and equitable.


Dated:  June 5, 2002          CAESAR, RIVISE, BERNSTEIN,
                              COHEN & POKOTILOW, LTD.


                       By _____
                              Stanley H. Cohen (I.D. No. 12095)
                              12th Floor, Seven Penn Center
                              1635 Market Street
                              Philadelphia, PA 19103-2212
                              (215) 567-2010
                              Attorney for Plaintiffs

**SCHEDULE**

| Line 1 | Claim No. | 1 |
|--------|-----------|---|
| Line 2 | Musical Composition | Ain't Too Proud To Beg |
| Line 3 | Writer(s) | Eddie Holland, Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216556 |
| Line 7 | Date(s) of Infringement | 11/24/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| Line 1 | Claim No. | 2 |
|--------|-----------|---|
| Line 2 | Musical Composition | Billie Jean |
| Line 3 | Writer(s) | Michael Jackson |
| Line 4 | Publisher Plaintiff(s) | Michael Joe Jackson, d/b/a Mijac Music |
| Line 5 | Date(s) of Registration | 12/27/82 |
| Line 6 | Registration No(s). | PA 158-772 |
| Line 7 | Date(s) of Infringement | 11/25/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Dance And Shout Shake Your Body Down To The Ground AKA Dance And Shout |
| Line 3 | Writer(s) | Michael Joe Jackson; Steven Randall Jackson; Tariano A. Jackson; Marlon D. Jackson; Sigmund E. Jackson |
| Line 4 | Publisher Plaintiff(s) | Peacock Music Publishing Company, a Division of Jackson Music Holding Corporation |
| Line 5 | Date(s) of Registration | 9/18/78    11/6/78 |
| Line 6 | Registration No(s). | PAu 48-752   Pau 104-856 |
| Line 7 | Date(s) of Infringement | 11/24/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Don't Stop a/k/a Don't Stop Till You Get Enough |
| Line 3 | Writer(s) | Michael Joe Jackson |
| Line 4 | Publisher Plaintiff(s) | Miran Publishing, Inc. |
| Line 5 | Date(s) of Registration | 6/18/79    8/11/80 |
| Line 6 | Registration No(s). | Pau 114-601  PAu 240-861 |
| Line 7 | Date(s) of Infringement | 11/24/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| Line 1 | Claim No. | 5 |
|--------|-----------|---|
| Line 2 | Musical Composition | Get Down Tonight |
| Line 3 | Writer(s) | Harry W. Casey |
| Line 4 | Publisher Plaintiff(s) | EMI Virgin Songs, Inc. d/b/a EMI Longitude Music |
| Line 5 | Date(s) of Registration | 6/12/75    6/21/76 |
| Line 6 | Registration No(s). | Eu 591389   Ep 354211 |
| Line 7 | Date(s) of Infringement | 11/25/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| Line 1 | Claim No. | 6 |
|--------|-----------|---|
| Line 2 | Musical Composition | I'm Coming Out |
| Line 3 | Writer(s) | Bernard Edwards; Nile Rodgers |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; The Bernard Edwards Company, L.L.C., |
| Line 5 | Date(s) of Registration | 8/4/80 |
| Line 6 | Registration No(s). | PA 75-954 |
| Line 7 | Date(s) of Infringement | 11/25/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Jungle Boogie |
| Line 3 | Writer(s) | Ronald Bell; George M. Brown; Richard Westfield; Robert E. Bell; Donald Boyce; Robert Mickens; Claydes Smith; Dennis Thomas |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp.; Fresh Start Music, Inc. dba Second Decade Music Co. |
| Line 5 | Date(s) of Registration | 12-26-73 |
| Line 6 | Registration No(s). | EP 319714 |
| Line 7 | Date(s) of Infringement | 11/24/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 8 |
| Line 2 | Musical Composition | Long Train Runnin' |
| Line 3 | Writer(s) | Tom Johnston |
| Line 4 | Publisher Plaintiff(s) | Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/14/73 |
| Line 6 | Registration No(s). | Ep 311574 |
| Line 7 | Date(s) of Infringement | 11/25/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

Line 1     Claim No.                              9

Line 2     Musical Composition          Proud Mary

Line 3     Writer(s)                         John C. Fogerty

Line 4     Publisher Plaintiff(s)         Jondora Music

Line 5     Date(s) of Registration      12/27/68      7/11/69

Line 6     Registration No(s).            Eu 91333      Ep 260526

Line 7     Date(s) of Infringement     11/24/01

Line 8     Place of Infringement       Callahan's Irish Pub

---

Line 1     Claim No.                              10

Line 2     Musical Composition          Wanna Be Startin' Somethin'

Line 3     Writer(s)                         Michael Joe Jackson

Line 4     Publisher Plaintiff(s)         Michael Joe Jackson d/b/a Mijac Music

Line 5     Date(s) of Registration      11/16/82      12/27/82

Line 6     Registration No(s).            Pau 456-336   Pa 158-770

Line 7     Date(s) of Infringement     11/24/01

Line 8     Place of Infringement       Callahan's Irish Pub

---

Line 1     Claim No.                              11

Line 2     Musical Composition          You Can't Hurry Love

Line 3     Writer(s)                         Eddie Holland; Lamont Dozier; Brian Holland

Line 4     Publisher Plaintiff(s)         Stone Diamond Music Corp.

Line 5     Date(s) of Registration      6/14/65

Line 6     Registration No(s).            Ep 203453

Line 7     Date(s) of Infringement     11/24/01

Line 8     Place of Infringement       Callahan's Irish Pub

| | | |
|---|---|---|
| Line 1 | Claim No. | 12 |
| Line 2 | Musical Composition | You Dropped A Bomb On Me |
| Line 3 | Writer(s) | Lonnie Simmons; Charlie Wilson; Rudy Taylor |
| Line 4 | Publisher Plaintiff(s) | John A Fogarty d/b/a Taking Care Of Business Music |
| Line 5 | Date(s) of Registration | 5/20/82 |
| Line 6 | Registration No(s). | PAu 403-085 |
| Line 7 | Date(s) of Infringement | 11/25/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

---

| | | |
|---|---|---|
| Line 1 | Claim No. | 13 |
| Line 2 | Musical Composition | You Keep Me Hangin' On |
| Line 3 | Writer(s) | Eddie Holland; Lamont Dozier; Brian Holland |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 8/8/66 |
| Line 6 | Registration No(s). | Ep 220063 |
| Line 7 | Date(s) of Infringement | 11/24/01 |
| Line 8 | Place of Infringement | Callahan's Irish Pub |

---